UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CODY WRIGHT,

    Plaintiff,

-vs-                           CASE NO.:  6:18-CV-00522-ORL-37-KRS

AYA HEALTHCARE, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Cody Wright, and the Defendant, Aya Healthcare, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 30th day of May, 2018.

| | |
|---|---|
| /s/Frank H. Kerney, III, Esquire | /s/Michael P. Bruyere, Esquire |
| Frank H. Kerney, III, Esquire | Michael P. Bruyere, Esquire |
| Florida Bar #: 88672 | Florida Bar No.:  0948586 |
| Morgan & Morgan, Tampa, P.A. | Freeman Mathis & Gary, LLP |
| One Tampa City Center | 100 Galleria Parkway, Suite 1600 |
| 201 North Franklin Street, 7th Floor | Atlanta, GA 30339 |
| Tampa, FL 33602 | Telephone:  (770) 818-0000 |
| Telephone: (813) 223-5505 | Facsimile:  (770) 937-9960 |
| Facsimile:  (813) 223-5402 | mbruyere@fmglaw.com |
| fkerney@forthepeople.com | Counsel for Defendant |
| jkneeland@forthepeople.com | |
| snazario@forthepeople.com | |
| Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Michael P. Bruyere, Esquire, Freeman Mathis & Gary, LLP, 100 Galleria Parkway, Suite 1600, Atlanta, GA   30339 (mbruyere@fmglaw.com).

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Counsel for Plaintiff