UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CODY WRIGHT,

    Plaintiff,

v.                                             Case No: 6:18-cv-522-Orl-37KRS

AYA HELATHCARE, INC.,

    Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the filing of the Joint Stipulation of Dismissal without Prejudice (Doc. 12) filed May 30, 2018. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITHOUT PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 31, 2018.



ROY B. DALTON JR.
United States District Judge

Copies: Counsel of Record